Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA BRICKLAYERS RETIREMENT TRUST FUND,<br><br>    Plaintiff,<br><br>vs.<br><br>JANSSEN CONTRACTING, INC. and HARTFORD FIRE INSURANCE COMPANY, Bond No. 52BSBFY0848,<br><br>    Defendants. | *Case No. 3:12-CV-00021 RRB* |

## DEFAULT JUDGMENT

Janssen Contracting, Inc., Defendant herein, having been served via its registered agent on February 24, 2012, and Defendant having failed to plead or otherwise defend said action, the legal time for pleading or otherwise defending having expired and default of Defendant having been duly entered according to law,

{00382083 }
DEFAULT JUDGMENT
Case No. 3:12-CV-0021 RRB

Page 1 of 3

upon the application of Plaintiff, judgment is hereby entered against said Defendant pursuant to the prayer of Plaintiff's complaint.

THEREFORE, IT IS HEREBY ORDERED that Plaintiff have judgment for a total non-payment of employee contributions for the period June 2011 through August 2011 in the amount of $8,024.58, liquidated damages in the amount of $535.64, interest at the rate of 12% per annum in the amount of $712.36 calculated through March 23, 2012, attorney's fees in the amount of $ _____, plus costs in the amount of $____, for a total judgment in the amount of $_____. Post-judgment interest shall accrue at the highest allowable interest rate per annum from date of entry of default judgment, until paid.

LET EXECUTION ISSUE FORTHWITH.

DATED: April 18, 2012

/s/ RRB
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

Case 3:12-cv-00021-RRB-DMS   Document 19   Filed 04/18/12   Page 2 of 2